UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VICTOR PALACIOS                          ,

Plaintiff(s),

v.

COSCO HOME & OFFICE PRODUCTS   ,
Defendant(s).

CASE NO. **C14-04066 KAW**

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☒    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☒    the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered. )*

☐    other requested deadline _____

Dated: November 18, 2014 _____

_____
J. MICHAEL BROWN

Dated: November 18, 2014 _____

_____
ANDREW M. MINEAR

CONTINUE TO FOLLOWING PAGE

## [PROPOSED] ORDER

[X] The parties' stipulation is adopted and IT IS SO ORDERED.

[ ] The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 11/19/14

_Kandis Westmore_

UNITED STATES MAGISTRATE JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

---

Rev. 12/11

**Certificate of Service**

The undersigned hereby certifies that counsel for plaintiff VICTOR PALACIOS was served on 12th day of September, 2014, with a copy of the following listed documents:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

via U.S. Mail by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business

> J. Michael Brown
> Law Offices of J. Michael Brown
> 2678 Bishop Drive, Suite 205
> San Ramon, California  94583

Dated: November 18, 2014                    SCHIFF HARDIN LLP


                                  /s/ Andrew M. Minear
                                  By: Andrew M. Minear
                                  Attorneys for Defendant
                                  AMERIWOOD INDUSTRIES, INC. ,
                                  improperly named as COSCO HOME
                                  AND OFFICE PRODUCTS

29519-0089 CH2\15605303.1