UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PALACIOS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERIWOOD INDUSTRIES, INC.,<br><br>    Defendant. | Case No.  14-cv-04066-KAW<br><br>**ORDER REQUIRING COMPLIANCE WITH CASE MANAGEMENT AND PRETRIAL ORDER RE JOINT FILINGS**<br><br>Re: Dkt. Nos. 70, 71 |

The case management and pretrial order entered in this action states that by March 29, 2016, the parties were to:

> [S]ubmit proposed jury instructions **jointly**. If there are any instructions on which the parties cannot agree, those instructions may be submitted separately. The parties shall submit a **jointly prepared** proposed form of verdict, or, if the parties cannot agree, their respective proposals[.]

(Dkt. No. 28 at 5 ¶ 5.c.(4) (emphasis in original).)

On March 29, 2016, Defendant filed its own proposed verdict form and jury instructions because Plaintiff's counsel had apparently not responded to emails seeking Plaintiff's input.  (*See* Dkt. Nos. 70, 71.)  Plaintiff is ordered to meet and confer with Defendant to prepare and file joint jury instructions and a joint proposed form of verdict, which shall be filed by no later than **March 31, 2016 at noon**.  If joint filings are not submitted by that deadline, Plaintiff will be deemed to have waived any objections to Defendant's jury instructions and to Defendant's proposed form of verdict.

The parties are reminded that the Court requires strict adherence to the case management and pretrial order.  Any untimely filings will, therefore, be stricken.

///

///

///

1    Additionally, Plaintiff has not lodged his proposed trial exhibits, which were to be delivered to
2 chambers on March 29, 2016. (Dkt. No. 28 at 5-6 ¶ 5.c.(8).) Those exhibits shall be lodged before
3 **4:00 p.m. today**.
4    IT IS SO ORDERED.
5 Dated: 03/30/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge