1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

VICTOR PALACIOS,

Plaintiff,

8

Case No.  4:14-cv-04066-KAW   (DMR)

v.

9

**ORDER RE: DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT THE SETTLEMENT CONFERENCE**

AMERIWOOD INDUSTRIES, INC.,

10

Defendant.

Re: Dkt. Nos. 87 and 89

11

12

13        Defendant's request for telephonic appearance at the April 15, 2016 settlement conference

14   [Docket Nos. 87 and 89] is granted in part.  Defendant's client representative may appear

15   telephonically.  According to the docket, defense counsel of record are located in San Francisco.

16   Defense counsel shall therefore appear in person.

17        **IT IS SO ORDERED.**

18   Dated: April 5, 2016

19                                              _____

DONNA M. RYU

20                                              United States Magistrate Judge

21

22

23

24

25

26

27

28