1  J. MICHAEL BROWN #38995
   Law Office of J. Michael Brown
2  2440 Camino Ramon, Suite 330
   San Ramon, CA 94583
3  TEL: (925) 484-2200
   E-Mail: jmb@mbrown-law.com
4
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  VICTOR PALACIOS, | CASE NO.:  4:14-cv-04066 KAW |
| 12         Plaintiff, | Removed from Superior Court of California, County of Alameda, Case # RG14-723708 |
| 13     vs. | |
| 14  AMERIWOOD INDUSTRIES, INC. | STIPULATION BETWEEN PARTIES THAT CERTAIN EXHIBITS MAY BE LISTED IN EXHIBIT BINDERS BY PHOTOGRAPHS |
| 15         Defendants. | |
| 16 | |

17

18      It is stipulated by and between Plaintiff, Victor Palacios, and defendant, Ameriwood

19 Industries, Inc. that the following exhibits which because of their size cannot be inserted into exhibit

20 binders may be identified in the filed exhibit binders by photographs with the actual physical exhibits

21 to be produced in court at the time of trial.

22 PLAINTIFF'S EXHIBITS:

23   1. Plaintiff's Exhibit 1 – Blame Ladder

24   2. Plaintiff's Exhibit 2 – Chase ladder

25   3. Plaintiff's Exhibit 3 – Hernandez Ladder

26   4. Plaintiff's Exhibit 16 – New Cosco Ladder

5. Plaintiff's Exhibit 17 – Werner Extension Ladder

6. Plaintiff's Exhibit 23 – Foot Model

7. Plaintiff's Exhibit 24 – Back & Pelvis Model

8. Plaintiff's Exhibit 29 – Ladder Lock

DEFENDANT'S EXHIBITS

1. Defendant's Exhibit A19 – Exemplar Foot From Cosco Ladder

2. Defendant's Exhibit A20 – Exemplar Foot From Extension Ladder

3. Defendant's Exhibit A22 – Exemplar ladder

Dated: April 1, 2016.

_[signature]_

J. MICHAEL BROWN
Attorney for Plaintiff

Dated: April 6, 2016

_[signature]_

Walter C. Greenough
Attorney for Defendant

The above stipulation is approved:

Dated: 4/8/16

_[signature]_

KANDIS A. WESTMORE
United States Magistrate Judge