UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PALACIOS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERIWOOD INDUSTRIES, INC.,<br><br>    Defendant. | Case No. 14-cv-04066-KAW<br><br>**ORDER REQUIRING COMPLIANCE WITH PRETRIAL ORDER'S MEET AND CONFER REQUIREMENT** |

The Court's case management and pretrial order required the parties to file, by April 8, 2016, "(1) any objections to exhibits or to use of deposition excerpts or other discovery; (2) any objections to witnesses, including the qualifications of an expert witness; (3) any objection to proposed voir dire questions, jury instructions and verdict forms that the parties have been unable in good faith to resolve; (4) any opposition to a motion in limine." (Dkt. No. 28.) The parties were to submit such filings only "after meeting and conferring in a good faith attempt to resolve any objections." (*Id.*)

The parties' submissions make clear that the parties have not met and conferred as required. Defendant has proposed 33 exhibits, and Plaintiff has objected to 23 of them. (Dkt. Nos. 72, 95.) Plaintiff has proposed 30 exhibits, and Defendant has objected to 18 of them. (Dkt. Nos. 69, 94.) Some of Defendant's objections are as follows: "[t]hese records were not included in the exhibit binder sent by Plaintiff to Defendant, so Defendant cannot tell whether they were disclosed before the discovery cut-off" and "[i]f this exhibit consists of documents produced by Defendant Bates-stamped PALACIOS187-194, Defendant has no objection." (Dkt. No. 94.) These types of objections indicate that the parties have not met and conferred as required. Accordingly, the parties are ordered to meet and confer to resolve all of their objections to their

1  pre-trial submissions.  By no later than April 14, 2016, the parties shall file a joint status report
2  indicating which objections they have resolved on their own and which objections remain
3  outstanding.
4       IT IS SO ORDERED.
5  Dated: 04/11/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge