1  J. MICHAEL BROWN  #38995
   Law Office of J. Michael Brown
2  2440 Camino Ramon, Suite 330
   San Ramon, CA 94583
3  TEL: (925) 484-2200
   E-Mail: jmb@mbrown-law.com
4
   Attorney for Plaintiff
5

6  SCHIFF HARDIN LLP
   Walter C. Greenough (Pro Hac Vice)
7  Matthew W. Callahan (Bar No. 307782)
   One Market Plaza, Spear Street Tower
8  Thirty-Second Floor
   San Francisco, CA 94105
9  Telephone:   (415) 901-8700
   Facsimile:   (415) 901-8701
10
   Attorneys for Defendant
11 AMERIWOOD INDUSTRIES, INC

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

| VICTOR PALACIOS, | CASE NO.:  4:14-cv-04066 KAW |
| --- | --- |
| Plaintiff, | Removed from Superior Court of California, County of Alameda, Case # RG14-723708 |
| vs. | |
| AMERIWOOD INDUSTRIES, INC. | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT AMERIWOOD INDUSTRIES, INC. AND ~~PROPOSED~~ ORDER |
| Defendants. | |

       IT IS HEREBY STIPULATED, by and between plaintiff Victor Palacios and defendant Ameriwood Industries, Inc. that this action be dismissed with prejudice as to defendant Ameriwood Industries, Inc. Both parties to bear their own costs.

This stipulation for dismissal is without prejudice to plaintiff Victor Palacios to proceed before the State of California Workers Compensation Appeals Board to determine the amount, nature, conditions or limitations of the claimed workers compensation lien of plaintiff's employer, DirecTV, and its insurer, Liberty Mutual Insurance Company.

Dated: July 11, 2016

/s/ J. Michael Brown
J. MICHAEL BROWN
Attorney for Plaintiff, Victor Palacios

Dated: _July 15, 2016_____

SCHIFF HARDIN, LLP

/s/ Walter C. Greenough
WALTER C. GREENOUGH
Attorneys for Defendant Ameriwood Industries, Inc.

## ORDER

The Stipulation For Dismissal Of Action With Prejudice As To Defendant Ameriwood Industries, Inc. submitted by the parties is approved. This action is dismissed with prejudice as to defendant Ameriwood Industries, Inc. Both parties to bear their own fees and costs.

IT IS SO ORDERED:

Dated: 7/20/16

*Kandis Westmore*
KANDICE A. WESTMORE KANDIS A. WESTMORE
United States Magistrate Judge